# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130287(45)

LIGGETT RESTAURANT GROUP, INC.,
      Plaintiff-Appellant,

v

                                        SC: 130287
                                        COA: 256571
                                        Oakland CC: 01-036350-CZ

CITY OF PONTIAC, and PONTIAC
STADIUM BUILDING AUTHORITY,
      Defendants-Appellees.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 15, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH, J., would grant reconsideration.

      WEAVER, J., would grant reconsideration and, on reconsideration, would reverse this Court's September 15, 2006 order denying leave, and grant leave to appeal.

      KELLY, J., would grant reconsideration.

      MARKMAN, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
                    Clerk

d0122